MICHAEL PATRICK ROONEY, ESQ. [SBN 248491]
Michael Rooney Law Office
580 California Street, FL 16
San Francisco, CA 94104
(415) 533-0282 Phone
(415) 704-3321 Fax

Attorney for Plaintiff
TAMIM HAMID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIM HAMID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHEVY CHASE BANK, *et. al.*,<br><br>　　　　　Defendants. | Case No.: 3:10-cv-00522-JSW<br><br>**STIPULATION FOR NEW DEADLINE RE: PLAINTIFFS' INITIAL DISCLOSURES AND [PROPOSED] ORDER.**<br><br>JUDGE: Jeffrey S. White<br><br>TRIAL DATE: TBD |

　　WHEREAS, the parties' 26(f) initial disclosures are due on May 14, 2010;

　　WHEREAS, attorneys have met and conferred and agreed to provide disclosures after the pleadings have been settled;

IT IS HEREBY STIPULATED THAT INITIAL DISCLOSURES SHALL BE SERVED 60 DAYS AFTER THE PLEADINGS HAVE BEEN SETTLED.

**STIPULATION FOR NEW DEADLINE RE: PLAINTIFFS' INITIAL DISCLOSURES AND [PROPOSED] ORDER.**

1

Dated: May 13, 2010     MICHAEL ROONEY LAW OFFICE

Signature: /s/ Michael Patrick Rooney, Esq.
Michael Patrick Rooney, Esq.
Attorney for Plaintiff
TAMIM HAMID

Dated: May 13, 2010     ARCHER NORRIS

Signature: /s/ Juliet R. Jonas
Juliet R. Jonas, Esq.
Attorneys for Defendant
CHEVY CHASE BANK, FSB

[PROPOSED] ORDER

The foregoing stipulation is approved and so ordered.

Dated: May 14, 2010

_____
The Honorable Jeffrey S. White
United States District Court Judge

**STIPULATION FOR NEW DEADLINE RE: PLAINTIFFS' INITIAL DISCLOSURES AND [PROPOSED] ORDER.**

2