**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMIM HAMID,

    Plaintiff,

v.

CHEVY CHASE BANK, F.S.B., et al.,

    Defendants.

No. C 10-00522 JSW

**ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

On May 7, 2010, Plaintiff filed an Amended Complaint, but failed to include the basis on which federal subject matter jurisdiction is premised. In addition, it appears that Plaintiff may be asserting only state law claims. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE by no later than June 1, 2010, as to why this case should not be remanded for lack of subject matter jurisdiction. Defendants may file a response to Plaintiff's statement regarding subject matter jurisdiction by no later than June 8, 2010.

**IT IS SO ORDERED.**

Dated: May 18, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE