...

| | |
|---|---|
| 1 | Douglas C. Straus (Bar No. 96301) |
|   | dstraus@archernorris.com |
| 2 | Juliet R. Jonas (Bar No. 252275) |
|   | jjonas@archernorris.com |
| 3 | ARCHER NORRIS |
|   | A Professional Law Corporation |
| 4 | 2033 North Main Street, Suite 800 |
|   | Walnut Creek, California  94596-3759 |
| 5 | Telephone:    925.930.6600 |
|   | Facsimile:     925.930.6620 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | CAPITAL ONE, N.A., successor by merger to |
|   | CHEVY CHASE BANK, F.S.B. (sued herein as |
| 8 | Chevy Chase Bank, F.S.B. and Chevy Chase Bank); |
|   | MORTGAGE ELECTRONIC REGISTRATION |
| 9 | SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMIM HAMID, | Case No.  C10-00522 JSW |
| Plaintiff, | **STIPULATION AND ORDER FOR REMAND OF ACTION TO ALAMEDA COUNTY SUPERIOR COURT** |
| v. | Action Filed:    November 13, 2009 |
| CHEVY CHASE BANK, F.S.B., CHEVY CHASE BANK, CAL WESTERN RECONVEYANCE CORP., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FIRST BLACKHAWK FINANCIAL, INC., and DOES 1-100, | Removal Date:  February 5, 2010 [Assigned to the Honorable Jeffrey S. White] |
| Defendants. | |

It is hereby stipulated by and between plaintiff TAMIM HAMID and defendants CAPITAL ONE, N.A., successor by merger to CHEVY CHASE BANK, F.S.B. (sued herein as Chevy Chase Bank, F.S.B. and Chevy Chase Bank); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., that an order remanding this action to the Alameda County Superior Court, may be made and entered in the above-entitled action.

The parties further stipulate that the responsive pleading deadline for defendants CAPITAL ONE, N.A., successor by merger to CHEVY CHASE BANK, F.S.B. (sued herein as

C0194084/963623-1

STIPULATION AND ORDER FOR REMAND OF ACTION TO ALAMEDA COUNTY SUPERIOR COURT

Chevy Chase Bank, F.S.B. and Chevy Chase Bank); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. will be 30 days from the date of service of Plaintiff's Request for Judicial Notice of the Amended Complaint in Alameda County Superior Court.

Dated: May 26, 2010                                MICHAEL ROONEY LAW OFFICE


                                                                                                  /s/ Michael Patrick Rooney, Esq.
Michael Patrick Rooney, Esq.
Attorney for Plaintiff
TAMIM HAMID


Dated: May 26, 2010                                ARCHER NORRIS


                                                                                                  /s/ Juliet R. Jonas
Douglas C. Straus
Juliet R. Jonas
Attorneys for Defendant
CAPITAL ONE, N.A., successor by merger to CHEVY CHASE BANK, F.S.B. (sued herein as Chevy Chase Bank, F.S.B. and Chevy Chase Bank); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.


## ORDER

On reading and filing the stipulation of the parties hereto for an order remanding this action to state court, this Court HEREBY ORDERS that this case be remanded to Alameda County Superior Court Chevy Chase as Case No. RG09484550.

Dated: May 27, 2010                                _____
                                                                               The Honorable Jeffrey S. White